**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEON AARON MORRIS, | ) NO. CV 08-233-SVW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| F.B. HAWS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: February 17, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE